**Order filed June 14, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00177-CV

_____

**TWENTY X HOLDINGS, LLC, Appellant**

**V.**

**T360X, LLC, Appellee**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2022-02627**

---

## O R D E R

Appellant's brief was due **June 2, 2022**. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within **thirty (30) days** of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.